IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America<br>      Plaintiff | )<br>)<br>) |
| vs | ) Crim No. 01-246<br>) |
| Maxine Gordon<br>      Defendant | )<br>)<br>) |

ORDER OF COURT

AND NOW, to wit, this 20 day of February, 2007, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleadings, impounded in the Office of the Clerk of Court be returned to counsel:

Documents: 29, 33, 34, 35

Counsel shall adhere to all provisions of the Protective Order which impounded the above pleadings.

Gary L. Lancaster
U.S. District Judge